

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE OLMOS, | § | No. 08-24-00153-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 5 |
| DIANE OLMOS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2022DCM4800) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that Appellant pay all costs of this appeal, and that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.